JS-6

Thomas B. Cummings [Bar No. 42204]
  tcummings@wzllp.com
Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Mary E. Bevins [Bar No. 165100]
  mbevins@wzllp.com
WESIERSKI & ZUREK LLP
One Corporate Park, Suite 200
Irvine, California 92606
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant,
LOS ALAMITOS RACING ASSOCIATION, INC. a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ORLANDO<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ALAMITOS RACING ASSOCIATION, a California Corporation; and DOES 1-10<br><br>    Defendants. | CASE NO. SACV13-1090-DOC(JPRx)<br><br>JUDGE: Hon. David O. Carter<br>COURTROOM: 9-D<br><br>**AMENDED JUDGMENT**<br><br>Complaint filed:  7/19/13<br>Trial Date:         Vacated |

    The motion for summary judgment of Defendant LOS ALAMITOS RACING ASSOCIATION, INC., a California corporation, and a motion for summary judgment by Plaintiff MICHAEL ORLANDO, both came on for hearing on January 26, 2015 in Courtroom 9-D before Judge David O. Carter.

    Attorneys Thomas B. Cummings and Mary Bevins appeared as counsel for Defendant LOS ALAMITOS RACING ASSOCIATION, INC.

    Attorney Russell Handy appeared as counsel for Plaintiff MICHAEL ORLANDO.

/ / /

/ / /

The Court, having reviewed papers on file concerning the motion of Defendant Los Alamitos Racing Association Inc., a California corporation for summary judgment, and papers concerning the motion of Plaintiff Michael Orlando for summary judgment, having heard and considered oral argument by attorneys for both parties, and having taken the matter under submission for further review and consideration, the Court now orders judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Michael Orlando's complaint against Defendant Los Alamitos Racing Association Inc., a California corporation be dismissed with prejudice, that judgment be entered in favor of Defendant Los Alamitos Racing Association Inc., a California corporation and against Plaintiff Michael Orlando, and Defendant Los Alamitos Racing Association, Inc., a California corporation shall recover all its costs of suit and attorney fees in amounts as awarded by the court.

A true and correct copy of the Court's Order Granting Defendant's Motion for Summary Judgment [40] and Granting and Denying in Part Plaintiff's Motion for Summary Judgment [41] is attached hereto as Exhibit "1" and incorporated herein by reference. (Dkt. 55.)

DATED: February 13, 2015

*David O. Carter*

Honorable David O. Carter
United States District Judge